FILED
AUG 1 4 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2724-BEN |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| PETER ANTONIO MORENO, | ) 960 - Importation of Marijuana |
| Defendant. | ) (Felony) |

The United States Attorney charges:

On or about July 19, 2008, within the Southern District of California, defendant PETER ANTONIO MORENO, did knowingly and intentionally import approximately 27.90 kilograms (61.38 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/14/08    .

KAREN P. HEWITT
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

SLF:es:Imperial
7/29/08